**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00353-CV**
_____

**INVESTORWIZE LLC AND GEOFFREY CLAUDIES JONES, Appellants**

**V.**

**SILVER CITY FUNDING LLC, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-02-02982**
_____

**MEMORANDUM OPINION**

Investorwize LLC and Geoffrey Claudies Jones, Appellants, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

1

Submitted on February 4, 2026
Opinion Delivered February 5, 2026

Before Golemon, C.J., Johnson and Chambers, JJ.